DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JENNIFER DICOSTANZO,**
Appellant,

v.

**WALMART, INC.,**
Appellee.

No. 4D21-1657

[September 1, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Paige Hardy Gillman, Judge; L.T. Case No. 502019CA015145.

Bard D. Rockenbach of Burlington and Rockenbach, P.A., West Palm Beach, and Maaz Quraishi of Law Office of Maaz Quraishi, P.A., West Palm Beach, for appellant.

Nicholas J. Christopolis, Daniel S. Weinger, and James M. Keleman of Luks, Santaniello, Petrillo, Cohen & Peterfriend, Jacksonville, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***